***UNITED STATES DISTRICT COURT***
***District of Minnesota***

ELECTRICAL WORKERS HEALTH AND
WELFARE FUND

Plaintiff,

**JUDGMENT**
**BY DEFAULT**

against

Civil No. 01-662 (RHK/RLE)

WILLOW MANUFACTURING, INC.
Defendant.

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now, on motion of said plaintiff's attorney, a default is hereby entered and it is

**CONSIDERED, ORDER AND ADJUDGED,** that the above-named plaintiff, Electrical Workers Health and Welfare Fund, do have and recover of and from said defendant, Willow Manufacturing, Inc., the sum of Sixteen Thousand Thirty-Eight Dollars and 62/100 ($16,038.62)

Judgment signed this 1st day of June 2001.

FRANCIS E. DOSAL, CLERK

By Susan E Anderson
Division Manager

| | |
|---|---|
| Amount Demanded | 12,201.00 |
| Damages | 2,191.20 |
| Interest | 458.16 |
| Legal Fees | 1,012.50 |
| Filing Fees | 175.76 |
| **Total judgment** | **$ 16,038.62** |

N:\JUDGMENT.DEF

(7)